# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-2845
_____

In re: John Patrick Raynor

*Debtor*

------------------------------

John Patrick Raynor

*Appellant*

v.

Dennis P. Walker

*Appellee*

_____

The United States Bankruptcy
Appellate Panel for the Eighth Circuit

_____

Submitted: May 19, 2020
Filed: May 22, 2020
[Unpublished]

_____

Before KELLY, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

John Raynor appeals after the Bankruptcy Appellate Panel affirmed the bankruptcy court's[1] order dismissing his adversarial complaint as barred by res judicata. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. See Williams v. King (In re King), 744 F.3d 565, 569 (8th Cir. 2014) (standard of review); Lane v. Peterson, 899 F.2d 737, 742 (8th Cir. 1990) (res judicata bars relitigation of claim if prior judgment was rendered by court of competent jurisdiction, prior judgment was final judgment on merits, and same cause of action and same parties or their privies were involved in both cases).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Thomas L. Saladino, Chief Judge, United States Bankruptcy Court for the District of Nebraska.